1  [REDACTED], ESQ., Cal. Bar No. 178639
   E-Mail: [redacted]@vhattorneys.com
2  NANCY S. PAIK, ESQ., Cal. Bar No. 230654
3  E-Mail: npaik@vhattorneys.com
   One Market Street, 35th Floor
4  San Francisco, California 94105
   Telephone: 415.543.4200
5  Facsimile: 415.293.85173

6  Attorneys for Defendant
   AMPCO SYSTEM PARKING
7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 | EMMANUEL P. CASTILLO, an individual, | CASE NO. CV 07-05629 SI
13 | Plaintiff,                            | **AMPCO SYSTEM PARKING'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
14 | v.                                    |
15 | AMPCO SYSTEM PARKING,                 | Complaint Filed:   November 6, 2007
16 | Defendant.                            |

PDF Complete — Your complimentary use period has ended. Thank you for using PDF Complete. Click Here to upgrade to Unlimited Pages and Expanded Features

1 .R. 3-16, the undersigned certifies that the following listed
2 persons, associations of persons, firms, partnerships, corporations (including parent corporations)
3 or other entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:
6     1.    ABM Industries Incorporated, a Delaware Corporation, of which Defendant
7 AMPCO SYSTEM PARKING is a wholly-owned subsidiary.

8

9 Dated: November ____, 2007    VILLARREAL HUTNER PC

10

11     By    /s/LARA VILLARREAL HUTNER
12     LARA VILLARREAL HUTNER
    Attorneys for Defendants
13     AMPCO SYSTEM PARKING