1  [REDACTED], ESQ., Cal. Bar No. 178639
   E-Mail: [redacted]@vhattorneys.com
2  NANCY S. PAIK, ESQ., Cal. Bar No. 230654
3  E-Mail: npaik@vhattorneys.com
   One Market Street, 35th Floor
4  San Francisco, California 94105
   Telephone: 415.543.4200
5  Facsimile: 415.293.85173

6  Attorneys for Defendant
   AMPCO SYSTEM PARKING
7

8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 | EMMANUEL P. CASTILLO, an individual, | CASE NO. CV 07-05629 SI
13 |         Plaintiff,                    | **CERTIFICATE OF SERVICE**
14 |         v.                            |
15 | AMPCO SYSTEM PARKING,                 | Complaint Filed: November 6, 2007
16 |         Defendant.                    |

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Market Street, 35th Floor, San Francisco, California 94105.

On November 30, 2007, I served true copies of the following document(s) described as:

**AMPCO SYSTEM PARKING'S ANSWER TO PLAINTIFF'S COMPLAINT**

**AMPCO SYSTEM PARKING'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**AMPCO SYSTEM PARKING'S NOTICE THAT NO RELATED CASES EXIST PURSUANT TO LOCAL RULE 3-12**

**AMPCO SYSTEM PARKING'S CORPORATE PARTY DISCLOSURE STATEMENT**

on the interested parties in this action as follows:

Emmanuel P. Castillo                                  In Pro Per
1284 Hillcrest Boulevard
Millbrae, CA  94030
(650) 689-5218 - Home
(415) 992-2671 - Cell

**BY ELECTRONIC TRANSMISSION:** I served the party(s) listed above electronically.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 30, 2007, at San Francisco, California.

/s/Valeri Roebuck
Valeri Roebuck

PDF Complete — Your complimentary use period has ended. Thank you for using PDF Complete. Click Here to upgrade to Unlimited Pages and Expanded Features