1  [REDACTED], ESQ., Cal. Bar No. 178639
2  E-Mail: [illegible]@vhattorneys.com
   NANCY S. PAIK, ESQ., Cal. Bar No. 230654
3  E-Mail: npaik@vhattorneys.com
   One Market Street, 35th Floor
4  San Francisco, California 94105
   Telephone: 415.543.4200
5  Facsimile: 415.293.85173

6  Attorneys for Defendant
   AMPCO SYSTEM PARKING

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 | EMMANUEL P. CASTILLO, an individual, | CASE NO. CV 07-05629 SI
13 |         Plaintiff,                  | **AMPCO SYSTEM PARKING'S NOTICE THAT NO RELATED CASES EXIST PURSUANT TO LOCAL RULE 3-12**
14 |         v.                          |
15 | AMPCO SYSTEM PARKING,                | Complaint Filed:    November 6, 2007
16 |         Defendant.                  |

17
18
19
20
21
22
23
24
25
26
27
28

1  CPR Local Rule 3-12. AMPCO SYSTEM PARKING ("AMPCO") files this Notice pursuant to
2  CPR Local Rule 3-12. AMPCO currently does not know of any actions related to this case.
3
4  Dated: November _____, 2007             VILLARREAL HUTNER PC
5
6                                          By   /s/LARA VILLARREAL HUTNER
7                                               LARA VILLARREAL HUTNER
                                                 Attorneys for Defendant
8                                                AMPCO SYSTEM PARKING
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28