1  [NAME], ESQ., Cal. Bar No. 178639
   E-Mail: [illegible]@vhattorneys.com
2  NANCY S. PAIK, ESQ., Cal. Bar No. 230654
3  E-Mail: npaik@vhattorneys.com
   One Market Street, 35th Floor
4  San Francisco, California 94105
   Telephone: 415.543.4200
5  Facsimile: 415.293.85173

6  Attorneys for Defendant
   AMPCO SYSTEM PARKING

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 | EMMANUEL P. CASTILLO, an individual, | CASE NO. CV 07-05629 SI |
13 | Plaintiff, | **AMPCO SYSTEM PARKING'S CORPORATE PARTY DISCLOSURE STATEMENT** |
14 | v. | |
15 | AMPCO SYSTEM PARKING, | Complaint Filed: November 6, 2007 |
16 | Defendant. | |

1. Rule of Civil Procedure 7.1(a), Defendant AMPCO SYSTEM PARKING ("AMPCO") discloses the following:

1. AMPCO is a subsidiary of ABM Industries Incorporated, a Delaware Corporation.

2. AMPCO is wholly and privately owned by ABM Industries Incorporated.

Dated: November ____, 2007     VILLARREAL HUTNER PC

By   /s/LARA VILLARREAL HUTNER
        LARA VILLARREAL HUTNER
        Attorneys for Defendant
        AMPCO SYSTEM PARKING