1  VILLARREAL HUTNER PC
   LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
2  E-Mail: lhutner@vhattorneys.com
   NANCY S . PAIK, ESQ., Cal. Bar No. 230654
3  E-Mail: npaik@vhattorneys.com
   One Market Street, 35th Floor
4  San Francisco, California  94105
   Telephone: 415.543.4200
5  Facsimile: 415.293.85173

6  Attorneys for Defendant
   AMPCO SYSTEM PARKING

7

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12 | EMMANUEL P. CASTILLO, an individual, | CASE NO. CV 07-05629 SI |
|---|---|
| Plaintiff, | **AMPCO SYSTEM PARKING'S NOTICE THAT NO RELATED CASES EXIST PURSUANT TO LOCAL RULE 3-12** |
| v. | |
| AMPCO SYSTEM PARKING, | Complaint Filed:    November 6, 2007 |
| Defendant. | |

1 | Defendant AMPCO SYSTEM PARKING ("AMPCO") files this Notice pursuant to
2 | Civil Local Rule 3-12. AMPCO currently does not know of any actions related to this case.
3 |
4 | Dated: November 30, 2007    VILLARREAL HUTNER PC
5 |
6 | By    /s/ *LARA VILLARREAL HUTNER*
7 |      LARA VILLARREAL HUTNER
       Attorneys for Defendant
8 |      AMPCO SYSTEM PARKING