1  VILLARREAL HUTNER PC
   LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
2  E-Mail: lhutner@vhattorneys.com
   NANCY S . PAIK, ESQ., Cal. Bar No. 230654
3  E-Mail: npaik@vhattorneys.com
   One Market Street, 35th Floor
4  San Francisco, California  94105
   Telephone: 415.543.4200
5  Facsimile: 415.293.85173

6  Attorneys for Defendant
   AMPCO SYSTEM PARKING

7

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 | EMMANUEL P. CASTILLO, an individual, | CASE NO. CV 07-05629 SI
13 |               Plaintiff,            | **AMPCO SYSTEM PARKING'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
14 |         v.                          |
15 | AMPCO SYSTEM PARKING,                |
   |                                      | Complaint Filed:  November 6, 2007
16 |               Defendant.             |

                                                                    CV 07-05629 SI
AMPCO SYSTEM PARKING'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

      1.    ABM Industries Incorporated, a Delaware Corporation, of which Defendant AMPCO SYSTEM PARKING is a wholly-owned subsidiary.

Dated: November 30, 2007        VILLARREAL HUTNER PC

        By   */s/ LARA VILLARREAL HUTNER*
           LARA VILLARREAL HUTNER
           Attorneys for Defendants
           AMPCO SYSTEM PARKING