1  VILLARREAL HUTNER PC
   LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
2  E-Mail: lhutner@vhattorneys.com
   NANCY S. PAIK, ESQ., Cal. Bar No. 230654
3  E-Mail: npaik@vhattorneys.com
   One Market Street, 35th Floor
4  San Francisco, California  94105
   Telephone: 415.543.4200
5  Facsimile: 415.293.85173

6  Attorneys for Defendant
   AMPCO SYSTEM PARKING

7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 | EMMANUEL P. CASTILLO, an individual, | CASE NO. CV 07-05629 SI |
|---|---|
13 | Plaintiff, | **AMPCO SYSTEM PARKING'S CORPORATE PARTY DISCLOSURE STATEMENT** |
14 | v. | |
15 | AMPCO SYSTEM PARKING, | Complaint Filed:    November 6, 2007 |
16 | Defendant. | |

CV 07-05629 SI
AMPCO SYSTEM PARKING'S CORPORATE PARTY DISCLOSURE STATEMENT

1  Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant AMPCO SYSTEM
2  PARKING ("AMPCO") discloses the following:
3      1.    AMPCO is a subsidiary of ABM Industries Incorporated, a Delaware
4  Corporation.
5      2.    AMPCO is wholly and privately owned by ABM Industries Incorporated.

7  Dated:  November 30, 2007        VILLARREAL HUTNER PC

        By   /s/ *LARA VILLARREAL HUTNER*
             LARA VILLARREAL HUTNER
             Attorneys for Defendant
             AMPCO SYSTEM PARKING

AMPCO SYSTEM PARKING'S CORPORATE PARTY DISCLOSURE STATEMENT