1  VILLARREAL HUTNER PC
   LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
2  E-Mail: lhutner@vhattorneys.com
   NANCY S . PAIK, ESQ., Cal. Bar No. 230654
3  E-Mail: npaik@vhattorneys.com
   One Market Street, 35th Floor
4  San Francisco, California  94105
   Telephone: 415.543.4200
5  Facsimile: 415.293.85173

6  Attorneys for Defendant
   AMPCO SYSTEM PARKING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| EMMANUEL P. CASTILLO, an individual, | CASE NO. CV 07-05629 SI |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| AMPCO SYSTEM PARKING, | Complaint Filed:    November 6, 2007 |
| Defendant. | |

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Market Street, 35th Floor, San Francisco, California 94105.

On November 30, 2007, I served true copies of the following document(s) described as:

**AMPCO SYSTEM PARKING'S ANSWER TO PLAINTIFF'S COMPLAINT**

**AMPCO SYSTEM PARKING'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**AMPCO SYSTEM PARKING'S NOTICE THAT NO RELATED CASES EXIST PURSUANT TO LOCAL RULE 3-12**

**AMPCO SYSTEM PARKING'S CORPORATE PARTY DISCLOSURE STATEMENT**

on the interested parties in this action as follows:

Emmanuel P. Castillo                                In Pro Per
1284 Hillcrest Boulevard
Millbrae, CA  94030
(650) 689-5218 - Home
(415) 992-2671 - Cell

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Villarreal Hutner's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 3, 2007, at San Francisco, California.

/s/ Nanette Fuller
Nanette Fuller