1  VILLARREAL HUTNER PC
   LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
2  E-Mail: lhutner@vhattorneys.com
   NANCY S . PAIK, ESQ., Cal. Bar No. 230654
3  E-Mail: npaik@vhattorneys.com
   One Market Street, 35th Floor
4  San Francisco, California  94105
   Telephone: 415.543.4200
5  Facsimile: 415.293.8517

6  Attorneys for Defendant
   AMPCO SYSTEM PARKING

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12

13 | EMMANUEL P. CASTILLO, an individual, | CASE NO. CV 07-05629 SI |
14 | Plaintiff, | **ADR CERTIFICATION OF AMPCO SYSTEM PARKING** |
15 | v. | |
16 | AMPCO SYSTEM PARKING, | Complaint Filed:    November 6, 2007 |
17 | Defendant. | |

CV 07-05629 SI
ADR CERTIFICATION OF
AMPCO SYSTEM PARKING

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned
2  certifies that he or she has:
3  (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern
4  District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;
5  (2) Discussed the available dispute resolution options provided by the Court
6  and private entities; and,
7  (3) Considered whether this case might benefit from any of the available
8  dispute resolution options.

11  Dated: January 24, 2008          By:   */s/ DREW CANNADY*
                                           DREW CANNADY, ESQ.
12                                         Assistant General Counsel
                                           AMPCO SYSTEM PARKING
13

15
16  Dated: January 25, 2008          VILLARREAL HUTNER PC

18                                   By    */s/ LARA VILLARREAL HUTNER*
                                           LARA VILLARREAL HUTNER, ESQ.
19
20                                         Attorneys for Defendant,
                                           AMPCO SYSTEM PARKING