Honorable Susan Illston
US District Court Judge

Case no. 07-05629 SI



I'm a litigant without attorney. I request a motion to appoint counsel.


Emmanuel P. Castillo
1284 Hillcrest Blvd.
Millbrae, Ca. 94030

(415) 992.2671