

CASE NO: 07-05629 SI

I Emmanuel P. Castillo, have initiated the exchange of documents pursuant to Initial Disclosure with Ampco System Parking.