| | |
|---|---|
| 1 | VILLARREAL HUTNER PC |
| | LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639 |
| 2 | E-Mail: lhutner@vhattorneys.com |
| | NANCY S . PAIK, ESQ., Cal. Bar No. 230654 |
| 3 | E-Mail: npaik@vhattorneys.com |
| | One Market Street, 35th Floor |
| 4 | San Francisco, California  94105 |
| | Telephone: 415.543.4200 |
| 5 | Facsimile: 415.293.85173 |
| 6 | Attorneys for Defendant |
| | AMPCO SYSTEM PARKING |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL P. CASTILLO, an individual, | CASE NO. CV 07-05629 SI |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| AMPCO SYSTEM PARKING, | Complaint Filed: November 6, 2007 |
| Defendant. | |

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Market Street, 35th Floor, San Francisco, California 94105.

On February 11, 2008, I served true copies of the following document(s) described as:

**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER FRCP 26(f)**

on the interested parties in this action as follows:

Emmanuel P. Castillo                                              In Pro Per
1284 Hillcrest Boulevard
Millbrae, CA  94030
(650) 689-5218 - Home
(415) 992-2671 - Cell

**BY ELECTRONIC TRANSMISSION:**  I served the party(s) listed above electronically.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 11, 2008, at San Francisco, California.

*/s/ Dannette Nelson*
Dannette Nelson

1
CV 07-05629 SI
CERTIFICATE OF SERVICE