Lara Villarreal Hutner, Esq.
Writer's Direct Line: (415) 543-4200
lhutner@vhattorneys.com

Our File Number: ABM-002

February 11, 2008

**ELECTRONIC FILING**

The Honorable Susan Illston
U.S. District Court
Northern Division
450 Golden Gate Avenue
Court Room 10, 19th Floor
San Francisco, California

    Re:    *Castillo v. Ampco System Parking*
              Case No. 07-cv-05629-SI

Dear Judge Illston:

    I represent Defendant Ampco System Parking in the above-entitled matter. Per the Order Setting Initial Case Management Conference and ADR Deadlines, we completed Initial Disclosures and filed the Joint Case Management Statement last Friday, February 8, 2008. Because we included all of the information per FRCP 26(f) in the Joint Case Management Report, we did not file a separate Rule 26(f) Report.

    I spoke to your Courtroom Deputy Tracy Sutton to request clarification on the Order and she indicated that that would be appropriate, but to send a clarifying letter indicating as such. Please do not hesitate to contact me if you have any questions.

    Thank you for your attention to this matter.

Very truly yours,

*/S/ Lara Villarreal Hutner*
Lara Villarreal Hutner, Esq.
VILLARREAL HUTNER PC