1  VILLARREAL HUTNER PC
   LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
2  E-Mail: lhutner@vhattorneys.com
   NANCY S . PAIK, ESQ., Cal. Bar No. 230654
3  E-Mail: npaik@vhattorneys.com
   One Market Street, 35th Floor
4  San Francisco, California  94105
   Telephone: 415.543.4200
5  Facsimile: 415.293.8517

6  Attorneys for Defendant
   AMPCO SYSTEM PARKING

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 | EMMANUEL P. CASTILLO, an individual, | CASE NO. CV 07-05629 SI |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| AMPCO SYSTEM PARKING, | Complaint Filed: November 6, 2007 |
| Defendant. | |

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Market Street, 35th Floor, San Francisco, California 94105.

On February 15, 2008, I served true copies of the following document(s) described as:

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

on the interested parties in this action as follows:

Emmanuel P. Castillo                                  In Pro Per
1284 Hillcrest Boulevard
Millbrae, CA  94030
(650) 689-5218 - Home
(415) 992-2671 - Cell

**BY PERSONAL SERVICE:** I personally delivered the document(s) directly to the person(s) being served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 15, 2008, at San Francisco, California.

*/s/ Dannette Nelson*
Dannette Nelson