VILLARREAL HUTNER PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhattorneys.com
NANCY S . PAIK, ESQ., Cal. Bar No. 230654
E-Mail: npaik@vhattorneys.com
One Market Street, 35th Floor
San Francisco, California 94105
Telephone: 415.543.4200
Facsimile: 415.293.8517

Attorneys for Defendant
AMPCO SYSTEM PARKING

EMMANUEL P. CASTILLO
1284 Hillcrest Boulevard
Millbrae, CA. 94030

Plaintiff
Appearing *pro per*

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL P. CASTILLO, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>AMPCO SYSTEM PARKING,<br><br>  Defendant. | CASE NO. CV 07-05629 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:   November 6, 2007 |

**STIPULATION**

WHEREAS, Plaintiff Emmanuel Castillo ("Plaintiff") and Defendant AMPCO System Parking ("AMPCO"), collectively the "Parties," are currently in settlement negotiations;

WHEREAS, the Parties have conferred and are in agreement to reschedule the initial Case Management Conference such that the Parties can further negotiate settlement;

NOW THEREFORE, the Parties request and hereby stipulate that the initial Case Management Conference be rescheduled from February 15, 2008 to March 7, 2008.

Dated: February 15, 2008                VILLARREAL HUTNER PC

                                        By     /s/ Lara Villarreal Hutner
                                             LARA VILLARREAL HUTNER
                                               Attorneys for Defendant
                                               AMPCO SYSTEM PARKING

Dated: February 15, 2008                VILLARREAL HUTNER PC


                                        By     /s/ Emmanuel P. Castillo
                                             EMANNUEL P. CASTLLO
                                                     *Pro Per*

## ORDER

The Court, having review this Stipulation of the Parties, and good cause appearing therefore, the initial Case Management Conference is rescheduled to March 7, 2008 at 2:00 p.m., in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED:**


DATED: _____, 2008

                                        _____
                                        UNITED STATES DISTRICT JUDGE