VILLARREAL HUTNER PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhattorneys.com
NANCY S . PAIK, ESQ., Cal. Bar No. 230654
E-Mail: npaik@vhattorneys.com
One Market Street, 35th Floor
San Francisco, California  94105
Telephone: 415.543.4200
Facsimile: 415.293.8517

Attorneys for Defendant
AMPCO SYSTEM PARKING

EMMANUEL P. CASTILLO
1284 Hillcrest Boulevard
Millbrae, CA. 94030

Plaintiff
Appearing *pro per*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL P. CASTILLO, an individual,<br><br>       Plaintiff,<br><br>       v.<br><br>AMPCO SYSTEM PARKING,<br><br>       Defendant. | CASE NO. CV 07-05629 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:      November 6, 2007 |

**STIPULATION**

WHEREAS, Plaintiff Emmanuel Castillo ("Plaintiff") and Defendant AMPCO System Parking ("AMPCO"), collectively the "Parties," executed a settlement agreement on February 28, 2008 which includes the seven day revocation/waiting period under the Older Worker Benefit Protection Act;

WHEREAS, the Parties have signed a Stipulated Dismissal with Prejudice, which will be filed on Friday, March 7, 2008 upon the expiration of the revocation period; and

WHEREAS, the Parties have conferred and are in agreement to reschedule the initial Case Management Conference such that the Stipulated Dismissal with Prejudice may be filed on March 7, 2008, thereby obviating the need for the Case Management Conference;

NOW THEREFORE, the Parties request and hereby stipulate that the initial Case Management Conference currently scheduled for March 7, 2008 be taken off calendar and rescheduled only if the Stipulated Dismissal with Prejudice is not filed by that date.

Dated:  March 4, 2008          VILLARREAL HUTNER PC


By     */s/ Lara Villarreal Hutner*
       LARA VILLARREAL HUTNER
       Attorneys for Defendant
       AMPCO SYSTEM PARKING

Dated:  March 4, 2008          VILLARREAL HUTNER PC


By     */s/ Emmanuel P. Castillo*
       EMANNUEL P. CASTLLO
       *Pro Per*

### ORDER

The Court, having reviewed this Stipulation, and good cause appearing therefore, hereby orders that the initial Case Management Conference currently scheduled for March 7, 2008 at 2:00 p.m. is to be taken off-calendar, and will be rescheduled only if this matter is not dismissed by March 7, 2008.

**IT IS SO ORDERED:**


DATED: _____, 2008


_____
UNITED STATES DISTRICT JUDGE