| | |
|---|---|
| 1 | VILLARREAL HUTNER PC |
|   | LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639 |
| 2 | E-Mail: lhutner@vhattorneys.com |
|   | NANCY S . PAIK, ESQ., Cal. Bar No. 230654 |
| 3 | E-Mail: npaik@vhattorneys.com |
|   | One Market Street, 35th Floor |
| 4 | San Francisco, California  94105 |
|   | Telephone: 415.543.4200 |
| 5 | Facsimile: 415.293.85173 |
| 6 | Attorneys for Defendant |
|   | AMPCO SYSTEM PARKING |
| 7 | |
|   | EMMANUEL P. CASTILLO |
| 8 | 1284 Hillcrest Boulevard |
|   | Millbrae, CA. 94030 |
| 9 | |
|   | Plaintiff |
| 10| Appearing *pro per* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL P. CASTILLO, an individual, | CASE NO. CV 07-05629 SI |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| AMPCO SYSTEM PARKING, | Complaint Filed:          November 6, 2007 |
| Defendant. | |

      Plaintiff Emmanuel P. Castillo, and Defendant Ampco System Parking, by and through its undersigned counsel, (collectively, "Parties") hereby agree and stipulate to the following:

The Parties, having come to a resolution of this matter, stipulate that this matter should be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees. Accordingly, the Court hereby dismisses this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with the parties to bear their own costs and attorneys' fees.

Dated: February 28, 2008            VILLARREAL HUTNER PC

By     */s/ Lara Villarreal Hutner*
LARA VILLARREAL HUTNER
Attorneys for Defendant
AMPCO SYSTEMS PARKING

Dated: February 28, 2008

By     */s/ Emannuel P. Castillo*
Emmanuel P. Castillo
Plaintiff
Appearing *pro per*

SO ORDERED:

Dated: _____, 2008

By     _____
Honorable Susan Illston
United States District Court Judge
Northern District

1
CV 07-05629 SI
STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE