VILLARREAL HUTNER PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhattorneys.com
NANCY S . PAIK, ESQ., Cal. Bar No. 230654
E-Mail: npaik@vhattorneys.com
One Market Street, 35th Floor
San Francisco, California  94105
Telephone: 415.543.4200
Facsimile: 415.293.85173

Attorneys for Defendant
AMPCO SYSTEM PARKING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL P. CASTILLO, an individual, | CASE NO. CV 07-05629 SI |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Complaint Filed: November 6, 2007 |
| AMPCO SYSTEM PARKING, | |
| Defendant. | |

1

## PROOF OF SERVICE

2

3       At the time of service, I was over 18 years of age and **not a party to this action**.  I am
employed in the County of San Francisco, State of California.  My business address is One Market
Street, 35th Floor, San Francisco, California 94105.

4

5       On March 7, 2008, I served true copies of the following document(s) described as:

6  **STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE**

7       on the interested parties in this action as follows:

8

9   Emmanuel P. Castillo                              In Pro Per
1284 Hillcrest Boulevard
10  Millbrae, CA  94030

11

12  **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons
at the addresses listed in the Service List and placed the envelope for collection and mailing,
13  following our ordinary business practices.  I am readily familiar with Villarreal Hutner's practice
for collecting and processing correspondence for mailing.  On the same day that the
14  correspondence is placed for collection and mailing, it is deposited in the ordinary course of
business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

15

16  I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct and that I am employed in the office of a member of the bar of this
Court at whose direction the service was made.

17       Executed on March 7, 2008, at San Francisco, California.

18

19                                          /s/ Dannette Nelson
20                                          Dannette Nelson

21

22

23

24

25

26

27

28