VILLARREAL HUTNER PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhattorneys.com
NANCY S. PAIK, ESQ., Cal. Bar No. 230654
E-Mail: npaik@vhattorneys.com
One Market Street, 35th Floor
San Francisco, California 94105
Telephone: 415.543.4200
Facsimile: 415.293.85173

Attorneys for Defendant
AMPCO SYSTEM PARKING

EMMANUEL P. CASTILLO
1284 Hillcrest Boulevard
Millbrae, CA. 94030

Plaintiff
Appearing *pro per*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL P. CASTILLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMPCO SYSTEM PARKING,<br><br>Defendant. | CASE NO. CV 07-05629 SI<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:    November 6, 2007 |

      Plaintiff Emmanuel P. Castillo, and Defendant Ampco System Parking, by and through its undersigned counsel, (collectively, "Parties") hereby agree and stipulate to the following:

1  The Parties, having come to a resolution of this matter, stipulate that this matter
2  should be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.
3  Accordingly, the Court hereby dismisses this matter with prejudice pursuant to Federal Rule of
4  Civil Procedure 41(a)(1)(ii), with the parties to bear their own costs and attorneys' fees.

6  Dated: February 28, 2008          VILLARREAL HUTNER PC

8                                     By     /s/ Lara Villarreal Hutner
9                                          LARA VILLARREAL HUTNER
                                            Attorneys for Defendant
10                                          AMPCO SYSTEMS PARKING
11 Dated: February 28, 2008

13                                     By     /s/ Emannuel P. Castillo
                                            Emmanuel P. Castillo
14                                            Plaintiff
                                            Appearing *pro per*

16 SO ORDERED:

18 Dated: _____, 2008

20                                     By  _____
21                                          Honorable Susan Illston
                                          United States District Court Judge
22                                          Northern District

1
CV 07-05629 SI
STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE